# AMERICAN BAR ASSOCIATION

*Admitted*
*12/13/95*

## NATIONAL LAWYER REGULATORY
## DATA BANK REPORT FORM

**Reporting Agent:  Please type or print
to complete and sign; attach court or
disciplinary board order and return to:**

**Ms. Maria D. Pedraza**
**Data Bank Administrative Assistant**
**Center for Professional Responsibility**
**American Bar Association**
**541 No Fairbanks Ct   M-S 14.3**
**Chicago IL  60611-3314**

M...

MISC.   04   073
(For Office Use Only)

KORMAN, CH. J.

| **NAME** | DAUGAARD | LISA | MICHELE |
|---|---|---|---|
| | (Last, Suffix) | (First) | (Middle) |

**ADDRESS**  810 Third Avenue, 8th Fl.
(Office)
        (Number & Street)
        Seattle        WA 98104
        (City)        (State)        (Zip)

**FORMER ADDRESS**  _____
        (Number & Street)
        _____
        (City)        (State)        (Zip)

### JURISDICTIONS IN WHICH ADMITTED TO PRACTICE:

| **JURISDICTION** | **ADMISSION DATE** | **REGISTRATION OR BAR NUMBER** |
|---|---|---|
| AD2nd | 11/29/95 | 2700815 |
| | | |
| | | |
| | | |

**DATE OF BIRTH**  3 5 /60
        mm/dd/yy

**INTERNATIONAL STANDARD LAWYER NUMBER (ISLN)**  N/A

**OTHER NAMES(S)**  Unknown

**MOTHER'S BIRTH NAME**  Unknown

**SOCIAL SECURITY #**  ___-__-____        **GENDER  F** _x_  **M** ___

**JURISDICTION IMPOSING REGULATORY ACTION** SUPREME COURT STATE OF NEW YOR
APPELLATE DIVISION 2ND DEPT.

**ORDER DATE**  4/30/03        **EFFECTIVE DATE**  4/30/03 /
        mm/dd/yy                mm/dd/yy
                2003-04823

**ORDER OR**
**DOCKET NUMBER(S)**  _____        _____

*James Edward Belger*

**CLERK**
**Supreme Court State of New York**
**Appellate Division 2nd Dept** Agent Name/ Signature

# SUPREME COURT OF THE STATE OF NEW YORK
## APPELLATE DIVISION : SECOND JUDICIAL DEPARTMENT

M6251
K/cf

A. GAIL PRUDENTI, P.J.
FRED T. SANTUCCI
MYRIAM J. ALTMAN
ANITA R. FLORIO
NANCY E. SMITH, JJ.

2003-04823

DECISION & ORDER
VOLUNTARY RESIGNATION

In the Matter of Lisa Michele Daugaard,
an attorney and counselor-at-law.

Lisa Michele Daugaard has voluntarily submitted an affidavit dated May 27, 2003, wherein she, an attorney in good standing, resigns from the New York State Bar. Ms. Daugaard was admitted to the Bar in the State of New York at a term of the Appellate Division of the Supreme Court in the Second Judicial Department on November 29, 1995. She is presently an attorney in good standing in the State of New York and there are no complaints or charges of professional misconduct pending against her. Ms. Daugaard presently resides in the State of Washington where she is employed as a public interest lawyer. She has not practiced law in New York since 1996, and, under these circumstances, feels it is too costly to pay registration fees in two states.

Upon the papers submitted in support of the resignation, it is

ORDERED that the voluntary resignation of Lisa Michele Daugaard, an attorney in good standing, is accepted and directed to be filed; and it is further,

ORDERED that the name of Lisa Michele Daugaard is removed from the roll of attorneys and counselors-at-law in the State of New York, without prejudice to an application for reinstatement; and it is further,

ORDERED that pursuant to Judiciary Law § 90, effective immediately, Lisa Michele Daugaard, is commanded to desist and refrain from (1) practicing law in any form, either as principal or as agent, clerk, or employee of another in the State of New York, (2) appearing as an attorney or counselor-at-law before any court, Judge, Justice, board, commission, or other public authority in

December 30, 2003

Page 1.

MATTER OF DAUGAARD, LISA MICHELE

this State, (3) giving to another an opinion as to the law or its application or any advice in relation thereto in this State, and (4) holding herself out in any way as an attorney and counselor-at-law in the State of New York.

PRUDENTI, P.J., SANTUCCI, ALTMAN, FLORIO and SMITH, JJ., concur.

ENTER:

# JAMES EDWARD PELZER

James Edward Pelzer
Clerk

SUPREME COURT, STATE OF NEW YORK
APPELLATE DIVISION SECOND DEPT
I, JAMES EDWARD PELZER, Clerk of the Appellate Division of the Supreme Court. Second Judicial Department, do hereby certify that I have compared this copy with the original filed in my office on 12/30/03 and that this copy is a correct transcription of said original.
    IN WITNESS WHEREOF I have hereunto set my hand and affixed the seal of this Court on 1/5/04

December 30, 2003                                                        Page 2.

MATTER OF DAUGAARD, LISA MICHELE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X

In the Matter of LISA MICHELE DAUGAARD,
an Attorney and Counselor-at-Law.

MC-04-073 (ERK)

ORDER

Respondent.

--------------------------------------------------X

An order having been entered in the Supreme Court of the State of New York, Appellate Division,   SECOND  Judicial Department, accepting voluntary resignation of respondent, an attorney in good standing,  and removing respondent from the roll of attorneys and counselors-at-law in New York State,

IT IS ORDERED, pursuant to Local Rule 1.5 that respondent's name be removed from the Roll of Attorneys of this Court.  This order shall become effective 24 days after the date of service upon said attorney unless otherwise modified or stayed.

The docketing clerk is directed to mail a copy of the within to respondent and to close the within action without prejudice to reopening the matter upon application of respondent.

SO ORDERED.

Dated :      Brooklyn, New York
July 20, 2005

Edward R. Korman, Chief Judge
and Chairman of the Committee on
Grievances, E.D.N.Y.

3/31